IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-CR-016 |
| Plaintiff | |
| v. | INFORMATION |
| MISTY BRUNNER, | 18 U.S.C. § 641 |
| Defendant | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

(18 U.S.C. § 641)

On or about December 22, 2020, in the Southern District of Ohio, the Defendant, **MISTY BRUNNER**, did willfully embezzle, steal, purloin, and knowingly convert to her use or the use of another, a thing of value of the United States, to wit: property of the Army and Air Force Exchange Service.

In violation of 18 U.S.C. § 641.

VIPAL J. PATEL
Acting United States Attorney

JULIENNE MCCAMMON
Special Assistant United States Attorney